# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE K. BARNHOUSE-MADSEN, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) ) |
| _____ | ) |

NO. CV-07-3093-JPH

**JUDGMENT IN A CIVIL CASE**

## DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 5th day of June, 2008.

JAMES R. LARSEN
District Court Executive/Clerk


by:   s/Pamela A. Howard
Deputy Clerk

cc: all counsel